**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Approved.
It is SO ORDERED.
*s/Dan Aaron Polster*
United States District
Judge
3/10/2026

| | | |
|---|---|---|
| OverDrive, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-cv-02520-DAP |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| OpenAI OpCo, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT REVISED SCHEDULING ORDER**

Plaintiff OverDrive, Inc. and Defendant OpenAI OpCo, LLC (together, the "***Parties***")

hereby jointly submit this proposed revised schedule related to OverDrive's pending Motion for

Preliminary Injunction (Dkt. 8) for the Court's consideration:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint submission on applicable law and PI burden due | 03/31/2026 at 12PM ET | 03/31/2026 at 12PM ET |
| Joint submission on proposed time limits for PI hearing due | 03/31/2026 at 12PM ET | 03/31/2026 at 12PM ET |
| Mediation | N/A | 04/08/2026 |
| Discovery cut-off | 03/16/2026 | 04/27/2026 |
| OpenAI's opposition due | 04/01/2026 | 05/13/2026 |
| OverDrive's reply due | 04/08/2026 | 05/20/2026 |
| OpenAI's sur-reply (if any) due | 04/15/2026 | 05/27/2026 |
| Briefs on witnesses and key docs due | 04/10/2026 at 12PM ET | 05/29/2026 at 12PM ET |
| Preliminary Injunction Hearing | 04/22/2026 at 9AM ET | 06/10/2026 at 9 AM ET |

Good cause exists for extension of the schedule in accordance with the proposed

deadlines above, as the parties have scheduled in-person mediation in this case for Wednesday,

April 8, 2026, and seek a brief extension of the preliminary injunction hearing date and schedule

to allow for a productive mediation and for the orderly completion of discovery and briefing for

the hearing, in the event an amicable resolution is not reached through mediation.