# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **OverDrive, Inc.,** | ) | **CASE NO. 1:25-cv-2520** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **v.** | ) | |
| **OpenAI OpCo, LLC,** | ) | |
| | ) | **MINUTES AND SCHEDULING ORDER** |
| **Defendant.** | ) | |
| | ) | |

On March 30, 2026, the Court held a zoom status conference. In attendance were: Plaintiff's representatives, Erica Lazzaro and Steve Potash; Plaintiff's counsel, Angela Gott, Lidia Mowad, and Mark Avsec; Defendant's representative, Jim Sherwood; and Defendant's counsel, Marc Greenwald, Amber Aspinall, Mike Ungar, and Todd Anten. The Court discussed the recent news regarding the shutdown of OpenAI's Sora video generative AI app, and potential steps moving forward. In accordance with that discussion, the Court orders as follows:

- Defendant will file a stipulation **no later than 4:00pm on Monday, April 6, 2026** attesting to the following agreed-upon facts: 1) Defendant's Sora app is no longer available in the app store; 2) by April 30, 2026, existing users who had already previously downloaded the Sora app will no longer be able to use Sora; and 3) Defendant has no present intent to revive or resume use of the Sora app, nor any present intent to license the Sora app to a third party.

- Assuming Defendant files the above stipulations, the June 10, 2026, preliminary injunction hearing is hereby **CANCELLED**. The accompanying litigation schedule, including the briefing scheduled to be due tomorrow, March 31, 2026, is **VACATED**.

- The parties are **DIRECTED** to proceed with damages discovery.

- A zoom status conference is scheduled for **9:00am on June 10, 2026**. A joint status report should be filed by **12:00pm on June 4, 2026**. Any confidential information may be emailed directly to law clerk Rachel Bernard (rachel_bernard@ohnd.uscourts.gov).

**IT IS SO ORDERED.**

**Date: March 30, 2026**

*/s/ Dan Aaron Polster*
**Dan Aaron Polster**
**United States District Judge**