**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OverDrive, Inc.,** | ) | **CASE NO. 1:25-cv-02520-DAP** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OpenAI OpCo, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2026, Minutes of Proceedings, Plaintiff OverDrive, Inc., and Defendant OpenAI OpCo, LLC, submit this Joint Status Report for the Court's consideration in advance of the August 19, 2026 zoom status conference, and are agreeable to appear for the status conference on an earlier date, if the Court has availability.

The parties have actively discussed settlement but have reached an impasse. Accordingly, the parties have agreed on the below proposed schedule to resume the proceedings, and respectfully request the Court to issue an order accordingly:

| Event | Proposed Deadline |
|---|---|
| Deadline for substantial completion of document production | Dec. 17, 2026 |
| Fact discovery deadline | Feb. 17, 2027 |
| Plaintiff's expert report disclosure deadline | Mar. 2, 2027 |
| Defendant's expert report disclosure deadline | Mar. 30, 2027 |
| Expert discovery deadline | Apr. 27, 2027 |
| Dispositive motion deadline | May 26, 2027 |

| Event | Proposed Deadline |
|---|---|
| Status conference | _____, 2027 at ___:00 a.m./p.m. |

Dated: August 3, 2026

Respectfully submitted,

*/s/ Mark E. Avsec*
Mark E. Avsec (0064472)
mavsec@beneschlaw.com
Angela R. Gott (0082198)
agott@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

*Attorneys for Plaintiff*
*OverDrive, Inc.*

*/s/ Michael N. Ungar*
Michael N. Ungar (0016989)
Halden R. Schwallie (0093665)
UB GREENSFELDER LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Facsimile: (216) 583-7001
mungar@ubglaw.com
hschwallie@ubglaw.com

Marc L. Greenwald (*pro hac vice*)
Todd Anten (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
marcgreenwald@quinnemanuel.com
toddanten@quinnemanuel.com

*Attorneys for Defendant*
*OpenAI OpCo, LLC*